# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

TOMMY W. THOMPSON (#101990)

VERSUS

D. VANNOY, ET AL.

CIVIL ACTION

NO. 14-192-SDD-SCR

## RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated February 20, 2015. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Plaintiff's *Complaint* is dismissed for failure to timely serve the Defendants, pursuant to Rule 4(m), Fed.R.Civ.P., and this action is dismissed.

Baton Rouge, Louisiana the 10 day of March, 2015.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 14.
[3] Rec. Doc. 15.